# EXHIBIT D

**From:** John Kirkland
**Sent:** Tuesday, January 7, 2020 6:36 PM
**To:** Marc Ross <MRoss@SRF.LAW>; Joe Moscato <jmoscato@nugenerex.com>
**Cc:** Rich Cockrell <rich@cg.capital>
**Subject:** RE: Discover Growth Fund

Can we have an all hands call tomorrow to discuss?

The delay is an Trigger Event under Section I.H.1.c of the Note. In addition, we will have an express breach under Section V.A.1 of the Purchase Agreement if the registration statement is not filed by tomorrow.

We would prefer not to call a default under Section VI of the Purchase Agreement. But we need the registration statement filed ASAP



**John C. Kirkland**
*Fund Manager*
Discover Fund Management, LLLP
5330 Yacht Haven Grande, Suite 206 | St. Thomas, VI 00802-5013
Direct: (340) 774-8801 | Fax: (340) 774-8809 | Cell: (310) 463-4707
jk@dgfunds.com | www.dgfunds.com


**From:** Marc Ross <MRoss@SRF.LAW>
**Sent:** Tuesday, January 7, 2020 5:55 AM
**To:** Joe Moscato <jmoscato@nugenerex.com>
**Cc:** John Kirkland <jk@dgfunds.com>
**Subject:** Re: [EXTERNAL] - RE: [EXTERNAL] - RE: [EXTERNAL] - RE: [EXTERNAL] - RE: Discover Growth Fund

Joe,

I land later in the day on Tuesday and will call you then.

Best,

**Marc J. Ross, Esq.**
Sichenzia Ross Ference LLP
1185 Avenue of the Americas,
37th Floor

1