# EXHIBIT E

**From:** John Kirkland <jk@dgfunds.com>
**Sent:** Monday, February 3, 2020 3:19 PM
**To:** Jeff Cahlon <JCahlon@SRF.LAW>
**Cc:** Marshal Shichtman <marshal@lawmsa.com>; Anthony Crisci <ACrisci@nugenerex.com>
**Subject:** Re: GNBT

Our patience is exhausted. If it is not filed before the end of the week we will have to proceed with default judgment

---

**From:** Jeff Cahlon <JCahlon@SRF.LAW>
**Sent:** Monday, January 27, 2020 10:26:37 PM
**To:** John Kirkland <jk@dgfunds.com>
**Cc:** Marshal Shichtman <marshal@lawmsa.com>; Anthony Crisci <ACrisci@nugenerex.com>
**Subject:** Re: GNBT

John a draft has been circulated to the company and we are working on completing a few remaining items.

Sent from my iPhone

> On Jan 27, 2020, at 9:35 AM, John Kirkland <jk@dgfunds.com> wrote:

> Please advise re status of registration statement filing.

> **From:** John Kirkland
> **Sent:** Thursday, January 9, 2020 4:56 PM
> **To:** Marshal Shichtman <marshal@lawmsa.com>
> **Subject:** RE: Generex

> As discussed, Discover will refrain for two weeks from exercising any rights under Section VI of the Purchase Agreement.  We will not waive any trigger events or defaults, and all rights are expressly reserved.

> Hopefully the company will cure the defaults within the time provided, and the relationship can return to some semblance of normalcy.  Thank you for your assistance.

> <image001.jpg>
> **John C. Kirkland**
> *Fund Manager*

1