

CHRISTOPHER VICECONTE
Director

Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Direct: (302) 518-6322 Fax: (302) 397-2050
cviceconte@gibbonslaw.com

May 5, 2020

**By CM/ECF and Federal Express**

The Honorable Richard G. Andrews
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street
Unit 9, Room 6325
Wilmington, DE  19801-3555

    **Re:  Discover Growth Fund LLC v. Generex Biotechnology Corp., et al.
            C.A. No. 20-233-RGA**

Dear Judge Andrews:

    This firm represents Plaintiff Discover Growth Fund, LLC, in this matter. Pursuant to footnote 2 of Your Honor's May 4, 2020 Memorandum Opinion, enclosed are the original Warrants of Attorney to Confess Judgment by Defendants Generex Biotechnology Corporation and Joseph Moscato.

    We are available if there are any questions or concerns.

    Respectfully submitted,

    */s/ Christopher Viceconte*

    Christopher Viceconte  (No. 5568)

Enclosures  (originals by Federal Express only)

cc:    Clerk  (by CM/ECF) (w/encs.)
       Gary W. Lipkin, Esq.  (by CM/ECF) (w/encs.)
       Alexandra Rogin, Esq.  (by CM/ECF) (w/encs.)