## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC, a U.S. Virgin Islands limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORPORATION, a Delaware corporation, and JOSEPH MOSCATO, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT OF ATTORNEY
## TO CONFESS JUDGMENT

    The undersigned, Generex Biotechnology Corporation ("**Generex**"), a corporation organized and existing under the laws of the State of Delaware, is indebted to Discover Growth Fund, LLC ("**Discover**"), a limited liability company organized and existing under the laws of the Territory of the United States Virgin Islands, on the Promissory Note ("**Note**") executed on December 9, 2019 in the initial principal amount of $2,200,000.00.

    Generex hereby appoints any attorney duly admitted to practice in the State of Delaware to be its attorney, to appear in any court of record, at any time after this Warrant of Attorney to Confess Judgment ("**Warrant**") becomes due, and there to waive service of process and confess a judgment against Generex in favor of Discover on the Note for the amount of $2,475,000.00, together with costs and attorney fees; giving its attorney full power and authority to perform every act necessary, including the power to waive and release all errors incident to the exercise of this power and the entry and enforcement of the judgment, and all right of review predicated on it; ratifying and confirming all that its attorney may do or cause to be done by virtue of this Warrant.

GENEREX BIOTECHNOLOGY CORPORATION

By: _____
Name: Joseph Moscato
Title: President and Chief Executive Officer

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC, a U.S. Virgin Islands limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GENEREX BIOTECHNOLOGY CORPORATION, a Delaware corporation, and JOSEPH MOSCATO, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT OF ATTORNEY
## TO CONFESS JUDGMENT

I, the undersigned, Joseph Moscato, the President and Chief Executive Officer of Generex Biotechnology Corporation ("**Generex**"), a corporation organized and existing under the laws of the State of Delaware, am indebted to Discover Growth Fund, LLC ("**Discover**"), a limited liability company organized and existing under the laws of the Territory of the United States Virgin Islands, as guarantor of the Promissory Note ("**Note**") executed by Generex on December 9, 2019 in the initial principal amount of $2,200,000.00.

I hereby appoint any attorney duly admitted to practice in the State of Delaware to be my attorney, to appear in any court of record, at any time after this Warrant of Attorney to Confess Judgment ("**Warrant**") becomes due, and there to waive service of process and confess a judgment against me in favor of Discover on the guarantee of the Note for the amount of $2,475,000.00, together with costs and attorney fees; giving my attorney full power and authority to perform every act necessary, including the power to waive and release all errors incident to the exercise of this power and the entry and enforcement of the judgment, and all right of review predicated on it; ratifying and confirming all that my attorney may do or cause to be done by virtue of this Warrant.

Signed: _____
Name:   Joseph Moscato

3